# Court of Appeals
# of the State of Georgia

ATLANTA,____May 26, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15I0190, A15I0191.  SENCHAL WAKENE ROBINSON v. THE STATE.**

On April 26, 2015, Senchal Wakene Robinson filed his application for interlocutory appeal, challenging the trial court's denial of his motion to disqualify the Henry County District Attorney's Office.  That case was docketed as Case No. A15I0190.  On the next day, April 27, 2015, Robinson filed a second application for interlocutory appeal, which was docketed as Case No. A15I0191. The applications in both cases are the same.

After due consideration, this Court hereby DENIES the application in Case No. A15I0190.  The duplicative application docketed as Case No. A15I0191 is DISMISSED as moot.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*____05/26/2015_____
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*